36 Bridge Street
Metuchen, NJ 08840
Telephone: (732) 767-3020
Facsimile:  (732) 343-6880

*Knowledge, Focus, Expertise*

**WANG, GAO &
ASSOCIATES P.C.**

May 29, 2015

<u>VIA ECF & FACSIMILE TO 973-645-3097</u>
Hon. Mark Falk
United States District Court
District of New Jersey

Re: Wu v. Van Nails and Hair, et al
    Case No. 15-cv-2741-CCC-MF

Dear Judge Falk,

    This firm represents the plaintiff in the above referenced matter. In response to the Complaint, the defendants filed a motion to dismiss in lieu of answer on May 22, 2015. However, the defendants then filed an Answer on May 26, 2015. Apparently, one of them should not stay on the docket. Given that the Answer is the most recent filing, the plaintiff believes that (1) the issue has been joined, (2) the motion should be deemed withdrawn, and (3) the parties should start discovery process.

    The undersigned tried to meet and confer with the defendants' counsel Steven H. Nguyen, Esq. to resolve the issue, to no avail. Therefore, we respectfully request a short phone conference to discuss this issue, or otherwise instruct the parties as to how to proceed.

    The Court's prompt attention to this matter will be greatly appreciated.


                      s/ Heng Wang_____
                      Heng Wang
                      Counsel for Plaintiff


cc: Steven H. Nguyen, Esq. via ECF & email