# STEVEN NGUYEN
# ATTORNEY AT LAW

Tel. (732) 582-6762　　　　　　　　　　　　　　　　　　279 Amboy Avenue
Fax (732) 582-6763　　　　　　　　　　　　　　　　Woodbridge, New Jersey 07095
Email: steven-nguyen@comcast.net

May 29, 2015

**Via ECF & Fax (973) 645-3097**
Honorable Mark Falk
United States District Court
For the District of New Jersey
50 Walnut Street
Newark , NJ 07102

　　　　Re:　Min Wu v. Van Nails and Hair e als
　　　　　　　Case No.  2:15-cv-02741-CCC-MF

Dear Judge Falk:

　　　This office represents the defendants in the above entitled matter.

　　　The defendants filed a Notice of Motion to Dismiss the Complaint for Lack of Jurisdiction on May 22, 2015, and the Answer on May 26, 2015. The plaintiff has requested the defendants to withdraw either the motion or the answer.

　　　The plaintiff has not referred to any court rules which disallow the filing of the answer while the Notice of Motion to Dismiss the Complaint is pending. If my reading of R. 12(b) is incorrect, the defendants will withdraw the Answer and will re-file it after the ruling of the motion.

　　　Thank you.

Sn:mdl　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　By:　　s/ Steven Nguyen
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the defendants

Cc: Heng Wang, Esq. via ECF