STEVEN NGUYEN, ESQ.
ATTORNEY ID # 014531993
279 AMBOY AVENUE
WOODBRIDGE, NJ 07095
TEL. (732) 582-6762
FAX (732) 582-6763
ATTORNEY FOR THE DEFENDANTS

| | |
|---|---|
| MIN HUI WU : | UNITED STATES DISTRICT COURT |
|     Plaintiff, | FOR THE DISTRICT OF NEW JERSEY |
| vs. : | |
| | CIVIL ACTION NO. 2:15-cv-02741-CCC-MF |
| VAN NAILS AND HAIR, : | |
| EDISON VAN HA, Individually, | HON. MARK FALK |
| VAN-THU CALV, Individually, : | HEARING DATE:   AUGUST 3, 2015 |
| and VAN THAI VAN, | |
| Individually, : | NOTICE OF MOTION FOR JUDGMENT |
|     Defendants, | ON THE PLEADINGS PURSUANT TO |
| | FED. R. CIV. P. 12(c) |

To:  Wang Gao & Associates, P.C.
     36 Bridge Street
     Metuchen, NJ 08840
     Attorneys for the plaintiff

SIR:

    PLEASE TAKE NOTICE that on August 3, 2015 at 9:00 A.M., the undersigned, Steven Nguyen, Esq., attorney for the defendants, shall move before the Honorable Mark Falk, the United States District Court, For the District of New Jersey, at Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for a judgment on the pleadings in favor of the defendants, pursuant to Fed. R. Civ. P. 12(c) and 28 USC § 1332.

    PLEASE TAKE FURTHER NOTICE that at the hearing of the within motion the defendants shall rely upon the attached Brief, and exhibits in support of its motion.

1

PLEASE TAKE FURTHER NOTICE that the defendants shall request oral argument.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is annexed hereto.

STEVEN NGUYEN, ESQ.
Attorney for the defendants

By:  s/ Steven Nguyen

Date:   July 3, 2015

STEVEN NGUYEN, ESQ.
ATTORNEY ID # 014531993
279 AMBOY AVENUE
WOODBRIDGE, NJ 07095
TEL. (732) 582-6762
FAX (732) 582-6763
ATTORNEY FOR THE DEFENDANTS

| | | |
|---|---|---|
| MIN HUI WU | : | UNITED STATES DISTRICT COURT |
| Plaintiff, | | FOR THE DISTRICT OF NEW JERSEY |
| vs. | : | |
| | | CIVIL ACTION NO. 2:15-cv-02741-CCC-MF |
| VAN NAILS AND HAIR, | : | |
| EDISON VAN HA, Individually, | | HON. MARK FALK |
| VAN-THU CALV, Individually, | : | |
| and VAN THAI VAN, | | |
| Individually, | : | CERTIFICATION OF SERVICE |
| Defendants, | | |

I, Steven Nguyen, attorney for the defendants, hereby certify to the following:

1. On July 3, 2015, I served a copy of the within Notice of Motion, the Brief and Proposed Order by way of first class mail to the following party:

    Wang Gao and Associates, P.C.

    36 Bridge Street

    Metuchen , NJ 08840

    Attorneys for the plaintiff

                                            STEVEN NGUYEN, ESQ.
                                            Attorney for the defendants

                                            By: s/ Steven Nguyen

Date:       July 3, 2015